Decided September 13, 2001

## TYLER E. LYMAN, INC. *v.* ALBERT C. LODRINI ET AL.

Decided September 13, 2001

## TYLER E. LYMAN, INC. *v.* ALBERT C. LODRINI ET AL.

The petition by the defendant Virginia Lodrini for certification for appeal from the Appellate Court, 63 Conn. App. 739 (AC 19480), is denied.

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

*James Colin Mulholland,* in support of the petition.

*David P. Condon,* in opposition.

Decided September 13, 2001